IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                Civil Action No. 7:15-cv-01839-NSR

JOHN DOE, subscriber assigned IP address 69.124.45.116,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 69.124.45.116 ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: July15 2015

                                              Respectfully submitted,

                                              By:    /s/ *Jacqueline M. James*
                                              Jacqueline M. James, Esq.
                                              jjameslaw@optonline.net
                                              The James Law Firm PLLC
                                              445 Hamilton Avenue
                                              Suite 1102
                                              White Plains, New York 10601
                                              Telephone: 914-358-6423
                                              Facsimile: 914-358-6424
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 By: /s/ *Jacqueline M. James*
                                                     Jacqueline M. James